IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **12-cv-2803-AP**

**PAUL D. ORTEGA,**

       Plaintiff,

v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

Upon consideration of Plaintiff's Motion to Dismiss Social Security Claim (doc. #12), filed March 28, 2013, it is

**ORDERED** that the Motion is **GRANTED**.  This case is **DISMISSED**, the parties to bear their own costs and attorney fees.

Dated this 4th day of April, 2013.

                                          BY THE COURT:

                                          *s/John L. Kane*
                                          John L. Kane, Senior Judge
                                          United States District Court